# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR1402-WQH |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE INDICTMENT** |
| RAFAEL MELENDREZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INDICTMENT in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 13, 2021

_____
Hon. William Q. Hayes
United States District Court